

FILED
CLERK, U.S. DISTRICT COURT

NOV 1 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-06956-DUTY |
| JOSE JAVIER DIAZ | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of <u>the defense</u> _____, IT IS ORDERED that a detention hearing
is set for <u>Friday, November 14</u> _____, <u>2025</u> _____, at <u>11:00</u> _____ ☒a.m. / ☐p.m. before the
Honorable <u>Karen L. Stevenson</u> _____, in Courtroom <u>580</u> _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.

*(Other custodial officer)*

Dated: <u>Nov. 12, 2025</u>

_____
U.S. ~~District Judge~~/Magistrate Judge